McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



FILED

OCT 2 9 2008



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 08 MJ 0380 KJM |
|   | 08-SW 0460 KJM |
|   Plaintiff, | |
|   | APPLICATION FOR UNSEALING |
|   | ORDER; AND ORDER |
|   v. | |
| KYUNG YONG KIM, aka Jim, | |
|   Defendant. | |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008           McGREGOR W. SCOTT
                                  United States Attorney

                                  By /s/ Robin R. Taylor
                                     ROBIN R. TAYLOR
                                     Assistant U.S. Attorney

1

1  Application for Unsealing Order & Order
   Page 2
2
3                                    **ORDER**

4  SO ORDERED:

5  DATED: October 29, 2008

                                     _____
                                     HON. KIMBERLY MUELLER
                                     United States Magistrate

2